**Opinion issued August 6, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00014-CV

————————————

**PINE VALLEY HOME BUYERS ASSOCIATION, Appellant**

**V.**

**PINE VALLEY DEVELOPMENT CO., Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-42899**

---

## MEMORANDUM OPINION

Appellant, Pine Valley Home Buyers Association, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.